UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

FILED
IN CLERKS OFFICE.

2005 MAY 20 P 1:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WALDIR DA COSTA ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF ) <br> Secretary, U.S. Department ) <br> of Homeland Security; ) <br> EDUARDO AGUIRRE, JR. ) <br> Director, U.S. Citizenship ) <br> And Immigration Services, ) <br> DENIS RIORDAN, Boston District) <br> Director, U.S. Citizenship ) <br> and Immigration Services' ) <br> ROBERT S. MUELLER III, ) <br> Director, Federal Bureau of ) <br> Investigations ) <br>     Defendants ) <br> ) | Civil Action: <br> **05 11063 RGS** <br><br> RECEIPT # 64450 <br> AMOUNT $ 250.00 <br> SUMMONS ISSUED 6 <br> LOCAL RULE 4.1 —  <br> WAIVER FORM — <br> MCF ISSUED — <br> BY DPTY. CLK. M.P. <br> DATE 5/20/05 <br><br> MAGISTRATE JUDGE JGD |

COMPLAINT FOR MANDAMUS

I.    INTRODUCTION

1.    Waldir Da Costa (the "Plaintiff" or "Mr. Da Costa"), by and

   through his undersigned attorney, brings this civil action

   for mandamus to compel Defendants and those acting under

   them to rule upon the Application for Adjustment of Status

1

to Lawful Permanent Resident ("LPR") a/k/a a Green Card duly filed by the Plaintiff on or about July 15, 2002 ("I-485 Application").

## II. PARTIES

2. The Plaintiff is a native and citizen of Brazil, who currently resides at 185 Arthur Street, Framingham, MA 01702.

3. The Defendant, Michael Chertoff, is the Secretary of the U.S. Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity. He is charged with, *inter-alia*, "[a]ll authorities and functions of the Department of Homeland Security to administer and enforce the immigration laws." 8 C.F.R. Sec. 1103(a).

4. USCIS is an agency within DHS and is an agency of the U.S. Government. The USCIS has assumed the immigration benefits and services functions of the Immigration and Naturalization ("INS"), which was eliminated effective March 1, 2003. USCIS has responsibility for administering the immigration lawsand applicable regulations.

5. The Defendant, Eduardo Aguirre, Jr., is the National Director of USCIS and this action is brought against him in his official capacity. In his capacity as Director, Mr. Aguirre administers the immigration laws on behalf of the

      Secretary of Homeland Security and the DHS throughout the United States.

6. The Defendant, Denis Riordan, is the District Director for the Boston District Office of USCIS and this action is brought against him in his official capacity. In his capacity as District Director, he has decision-making authority with respect to the matters alleged in this Complaint. He also has supervisory authority over all operations of USCIS within his district, including, but not limited to, adjudicating the Plaintiff's I-485 Application.

7. The Defendant Robert S. Mueller III is the Director of the Federal Bureau of Investigations ("FBI") and this action is brought against him in his official capacity. He is the official ultimately in charge of conducting security clearances on any individual seeking to adjust their immigrant status in the United States.

### III. JURISDICTION AND VENUE

8. This is a civil action brought pursuant to 28 U.S.C. 1331 (Federal Question Jurisdiction) 28 U.S.C. Sec. 1361 (the Mandamus Act) and 5 U.S.C. Sec. 551 *et seq.* (the Administrative Procedures Act) to compel the Defendants and those working under them to perform a duty that they owe to the Plaintiffs. This Court may grant relief pursuant to 28 U.S.C. Sec. 1361, 2202, and 5 U.S.C. Sec. 702.

9. Costs and fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, 28 U.S.C. §2412(d), *et seq.*

10. There are no administrative remedies available to the Plaintiff to redress the grievances described herein.

11. Venue is properly with this Court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where, upon information and belief, a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. More specifically, an interview was conducted regarding Plaintiff's I-485 Application at the Boston District Office of USCIS, and, to Plaintiff's knowledge, remains pending there.

## IV.   REMEDY

12. The Plaintiff is seeking an order to compel the Defendants and those working under them to adjudicate the Plaintiff's pending application for Adjustment of Status and an award of reasonable attorney's fees and costs associated with bring said action.

## V.   STATEMENT OF THE FACTS

13. The Plaintiff filed an I-485 Application on or about July 22, 2004 with the INS (now USCIS) Service Center in St. Albans, Vermont, which is the proper filing place for

employment-based I-485 Applications. A copy of the I-485 Application is attached hereto as Exhibit A.

14. Mr. Da Costa's I-485 Application was based upon an approved immigrant visa petition ("I-140") filed on Mr. Da Costa's behalf by his employer. A copy of the I-140 Approval Notice is attached hereto as Exhibit B.

15. Through the filing of the I-485, the Plaintiff is seeking adjustment to an LPR a/k/a obtaining a "Green Card".

16. On or about July 19, 2004, the Defendants through their designated agent i.e., Examinations Officer Fulchini, interviewed the Plaintiff on his I-485 Application at the USCIS Regional Office in Boston, Massachusetts.

17. At the conclusion of the interview, Officer Fulchini declined to make a decision on the case and stated that she needed to verify his employment and his security checks were pending. She made no requests for additional documentation from the Plaintiff regarding his application.

18. The Plaintiff, through Counsel, has made repeated efforts to secure a decision from USCIS. For example, the Plaintiff sent repeated written requests for adjudication of the I-485 Application to USCIS. Copies of said letters are attached hereto as Exhibit C.

19. USCIS has failed to respond to the written request described at Para. 18, in any manner whatsoever.

20. As of the date of this complaint, there has been no decision issued by the Defendants on the I-485 Application.
21. As of the date of this complaint, the Plaintiff has received no notification that the required security checks have been completed.
22. The Plaintiff has no administrative remedies available.
23. The Defendants have arbitrarily, willfully and unreasonably delayed the adjudication of the Plaintiff's Application.
24. As a result of the Defendants' willful and unreasonable delay in adjudicating Plaintiff's Application, the Plaintiff has been harmed. Until the I-485 Application is adjudicated, the Plaintiff is unable to travel overseas to visit his family, unable to plan for the future, unable to accrue time as lawful permanent residents for eventual qualification for U.S citizenship, and is constantly fearful that he will suffer deportation at some future date.
25. The Plaintiff has been further damaged in that their employment authorization is tied to his status as applicants for permanent residency and is limited to increments not to exceed one year. Therefore, the Plaintiff is forced to repeatedly apply (and pay) for extensions of employment authorization.
26. The Defendants owe the Plaintiff the duty to act upon his Application for Adjustment of Status and have unreasonably failed to perform that duty.

27. No other remedy exists for Plaintiff to resolve Defendants' delay.

WHEREFORE, the Plaintiff prays that this Honorable Court:

1) Order the Defendants to have their agents rule upon the I-485 Application filed by the Plaintiff;

2) Order that the FBI complete the required security checks;

3) Grant such other and further relief as this Honorable Court deems proper under the circumstances; and

4) Award attorney's fees and costs of this action pursuant to the Equal Access to Justice Act ("EAJA").

Respectfully submitted,

The Plaintiffs
Waldir A. Da Costa
By his Attorneys

_____
Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114

mandamus-dacosta.4101

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053
Form I-485, Application to Register Permanent Residence or Adjust Status

**START HERE - Please Type or Print**

### Part 1. Information about you.

| Family Name | Da Costa | Given Name | Waldir | Middle Initial | A |

Address - C/O

| Street Number and Name | 22B Drapper Raod | Apt. # | |

City: Framingham

State: MA     Zip Code: 01702

Date of Birth (month/day/year): 09/19/1977

Country of Birth: Brazil

Social Security #: none

A # (if any): none

Date of Last Arrival (month/day/year): 01/23/2000

I-94 #: n/a

Current INS Status: EWI

Expires on (month/day/year): n/a

### Part 2. Application Type.    (Check one)

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| | | | |
|---|---|---|---|
| A. City/Town/Village of Birth | Itapaci | Current occupation | Cook |
| Your mother's first name | Lazara | Your father's first name | Braz |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

n/a

| | |
|---|---|
| Place of last entry into the U.S. (City/State)<br>Sam Diego, California | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*<br>EWI |
| Were you inspected by a U.S. Immigration Officer?    ☐ Yes  ☒ No | |
| Nonimmigrant Visa Number    n/a | Consulate where Visa was issued    n/a |
| Date Visa was issued (month/day/year)    n/a    Sex: ☒ Male ☐ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?   ☒ No  ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| ANdrade | Rebecca | T | 01/20/1977 |
| Country of Birth: Brazil | Relationship: Spouse | A # n/a | Applying with you? ☐ Yes ☒ No |
| Andrade | Stephanie | S | 01/08/2002 |
| Country of Birth: USA | Relationship: Daughter | A # n/a | Applying with you? ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?  ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

## Part 4. Signature. *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| [signature] | Waldir DA COSTA | | |

*Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

## Part 5. Signature of person preparing form if other than above.    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | | | |

*Firm Name and Address*

Form I-485 (Rev. 02/07/00)N Page 4

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

START HERE - Please Type or Print

FOR INS USE ONLY

## Part 1.  Information about applicant

| Family Name | First Name | Middle Name |
|---|---|---|
| Da Costa | Waldir | Andrade |

Address - C/O

| Street Number and Name | | Apt. Suite |
|---|---|---|
| 22B Drapper Raod | | |

| City | State or Province | |
|---|---|---|
| Framingham | MA | |

| Country | ZIP/Postal Code |
|---|---|
| USA | 01702 |

| INS A # | Date of Birth (month/day/year) | Country of Birth |
|---|---|---|
| none | 09/19/1977 | Brazil |

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

File Reviewed | Class of Adjustment Code:

## Part 2.  Basis for Eligibility (check one)

1. On Form I-485, Part 2, I checked application type (check one):

   a. ☒ An immigrant petition.   Go to #2.
   b. ☐ My spouse or parent applied.   Go to #2.
   c. ☐ I entered as a K-1 fiance.   Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.   Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.   Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.   Go to #3.
   g. ☐ I have continuously resided in the U.S.   Stop Here. Do Not File This Form.
   h. ☐ Other.   Go to # 2
   i. ☐ I am already a permanent resident.   Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban   Stop Here. Do Not File This Form.

**To Be Completed by Attorney or Representative, if any**

☒ Check if G-28 is attached showing you represent the petitioner

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces   (check one).
   ☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #3.

VOLAG#

ATTY State License #

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.   ☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #11.

4. I last entered the United States   (check one):

   ☐ As a stowaway.   Go to #11.
   ☐ Legally as a crewman (D-1/D-2 visa).   Go to #11.
   ☒ Without inspection.   Go to #11.
   ☐ Legally in transit without visa status.   Go to #11.
   ☐ Legally without a visa as a visitor for tourism or business.   Go to #5.
   ☐ Legally as a parolee.   Go to #5.
   ☐ Legally with another type of visa (show type_____).   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen   (check one).
   ☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I an applying for adjustment of status   (check one).

   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.   Stop Here. Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.   Stop Here. Do Not File This Form.

   ☒ Under some other category.   Go to #7.

Form I-485 (01/18/01)Y - Supplement A

## Part 2. Continue.

7. I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167  *(check one).*

   ☐ Yes  **Stop Here. Do Not File This Form.**   ☒ No  **Go to #8.**

8. I have been employed in the United States after January 1, 1977 without INS authorization   *(check one).*

   ☒ Yes  **Go to #9.**   ☐ No  **Go to #10.**

9. I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one):*

   ☐ Yes  **Stop Here. Do Not File This Form.**   ☒ No  **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986  *(check one).*

    ☐ Yes  **Stop Here. Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.   **Stop Here. Do Not File This Form,**   Attach an explanation regarding this question to your Form I-485 application.

    ☒ No  **Go to #11.**

11. I am unmarried and less than 17 years old   *(check one).*

    ☐ Yes  **Stop Here. File This Form and Form I-485.**   Pay only the fee required with Form I-485.
    ☒ No  **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program  *(check one).*

    ☐ Yes  **Stop Here. File This Form and Form I-485.**   Pay only the fee required with Form I-485.
    ☒ No  **Go to #13.**

13. **File The Form and Form I-485.** You must pay the additional sum:

    $ 220.00 - Fee required with Form I-485 *  and
    $1,000.00 - Additional sum under section 245(i) of the Act
    --------
    $1,220.00 - Total amount you must pay.

    *If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.   Signature.

Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| X *(signed)* | Waldir    Da Costa | | |

**Please Note:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.   *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

Form I-485 (01/18/01)-Y- Supplement A page 2

Immigration and Naturalization Service — Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-041-53407 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>November 19, 2001 | PRIORITY DATE<br>March 19, 2001 | PETITIONER<br>BERKSHIRE GRILL |
| NOTICE DATE<br>December 12, 2001 | PAGE<br>1 of 1 | BENEFICIARY<br>DA COSTA, WALDIR |

KRISTEN KENNEY
MCAULIFFE AND ASSOCIATES
430 LEXINGTON STREET
NEWTON MA 02466

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797 (Rev. 09/07/93)N

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4th FLOOR • BOSTON, MA 02114 •   (617) 723-4422 • FAX (617) 723-8305

JOHN K. DVORAK
**Christopher W. Drinan**


October 29 , 2004

EXAMS
Bureau of Citizenship and Immigration Services
JFK Federal Building
Government Center
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:   I-485 Application to Adjust Status
      Applicant:        Waldir A. DA SILVA
      A#:               95-374-429
      Interview Date:   July 19, 2004

Dear BCIS Officer:

Above referenced Application was interviewed on July 19, 2004 regarding his I – 485 Application. No additional documents were requested, but the application was not adjudicated pending security checks.

If you have received final security clearance, I would appreciate you adjudicating the case at your earliest convenience.

Sincerely,


John K. Dvorak

JKD:lo

## LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4th FLOOR • BOSTON, MA 02114 •   (617) 723-4422 • FAX (617) 723-8305

JOHN K. DVORAK
Christopher W. Drinan

September 24, 2004

EXAMS
Bureau of Citizenship and Immigration Services
JFK Federal Building
Government Center
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:   I-485 Application to Adjust Status
      Applicant:   Waldir A. DA COSTA
      A#:   95-374-429
      Interview Date:   July 19, 2004

Dear BCIS Officer:

    Above referenced Application was interviewed on July 19, 2004 regarding his I–485 Application. No additional documents were requested, but the application was not adjudicated pending security checks.

    If you have received final security clearance, I would appreciate you adjudicating the case at your earliest convenience.

                        Sincerely,

                        John K. Dvorak

JKD:lo

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

PO BOX 8788 • 180 CANAL STREET, 4th FLOOR • BOSTON, MA 02114 •  (617) 723-4422 • FAX (617) 723-8305

JOHN K. DVORAK
**Christopher W. Drinan**

August 25, 2004

EXAMS
Bureau of Citizenship and Immigration Services
JFK Federal Building
Government Center
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:  I-485 Application to Adjust Status
 Applicant: Waldir A. DA COSTA
 A#: 95-374-429
 Interview Date: July 19, 2004

Dear BCIS Officer:

Above referenced Application was interviewed on July 19, 2004 regarding his I–485 Application. No additional documents were requested, but the application was not adjudicated pending security checks.

If you have received final security clearance, I would appreciate you adjudicating the case at your earliest convenience.

Sincerely,

John K. Dvorak

JKD:lo

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

1. Title of case (name of first party on each side only) __Waldir Da Costa v. Michael Chertoff__

2005 MAY 20 P 1: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☒ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☒ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

   **05 11063 RGS**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   none

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                        YES ☐        NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                        YES ☐        NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                        YES ☐        NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                        YES ☒        NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                        YES ☒        NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒       Central Division ☐       Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐       Central Division ☐       Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                        YES ☐        NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Susan E. Zak__
ADDRESS __Law Office of John K. Dvorak, P.C., 180 Canal St., PO Box 8788 Boston, MA 02114__
TELEPHONE NO. __617 723-4422__

(CategoryForm.wpd - 5/2/05)

≋JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Waldir Da Costa

**DEFENDANTS**
Michael Chertoff, Sec. USDHS; Eduardo Aguirre Jr., Dir. USCIS; Denis Riordan, Dist. Dir. USCIS; Robert S. Mueller III, Dir. FBI

(b) County of Residence of First Listed Plaintiff _____
     (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
     (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Susan E. Zak Esq., Law Office of John K. Dvorak, 180 Canal St., 4th Floor, P.O. Box 8788, Boston, MA 02114

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                             and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☒ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S>C. Ssec. 1361 (Mandamus Act); 5 U.S.C. Sec. 551 (Administrative Act)
Brief description of cause:
Mandamus Action seeking Order for USCIS to adjudicate the Plaintiff's Adjustment of Status Application

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  5.17.05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____