AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

WALDIR COSTA

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL CHERTOFF, Sec., USDHS,
EDUARDO AGUIRRE JR., Dir., USCIS,
DENIS RIORDAN, District Director,
ROBERT S. MUELLER III, Dir.
FBI

CASE NUMBER: **05 11063 RGS**

TO: (Name and address of Defendant)

MICHAEL CHERTOFF, Sec. USDHS
Sec. DHS
Office of General Counsel
USDHS
Washington, DC 20258

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Zak, Esq.
Law Office of John K. Dvorak P.C.
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                              MAY 20 2005

CLERK                                                          DATE

(By) DEPUTY CLERK



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 0750 0000 5500 5435**
Status: **Delivered**

Your item was delivered at 8:36 am on June 06, 2005 in WASHINGTON, DC 20528. The item was signed for by L JOHNSON. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

*Restore Offline Details >*    ?    *Return to USPS.com Home >*

Enter Label/Receipt Number.





**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20528

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0000 5500 5435

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    8/9/2005