AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

WALDIR DaCOSTA

V.

MICHAEL CHERTOFF, Sec., USDHS,
EDUARDO AGUIRRE, JR., Dir.
US CIS; DENIS RIORDAN,
Dist. Dir., USCIS, ROBERT
S. MUELLER, III, Dir., FBI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 11063 RGS**

TO: (Name and address of Defendant)

EDUARDO AGUIRRE JR.
Dir. USCIS
c/o Office of General Counsel
USDHS
Washington, DC 20258

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Zak Esq.
Law Office of John K Dvorak
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

MAY 20 2005

DATE

⟨AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  6·6·05 |
| NAME OF SERVER (PRINT)  Susan Zak | TITLE  Atty |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Certified Mail. See attached receipt and executed delivery card for proof of service

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-9-05
              Date              Signature of Server

P.O. Box 8788
Address of Server

Boston, MA 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

