AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

WALDIR DaCOSTA

V.

MICHAEL CHERTOFF, Sec. USDHS, EDUARDO AGUIRRE, JR, DIR. USCIS, DENIS RIORDAN, Bcg. DIR. USCIS, ROBERT S. MUELLER III, FBI

TO: (Name and address of Defendant)

U.S. ATTORNEY - DIST. OF MASS
JOHN JOSEPH MOAKLEY US COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 11063 RGS

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Zak ESQ
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
BOSTON, MA 02114

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                        MAY 20 2005
CLERK                                                     DATE

_Matthew A. Paine_
(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney Go. General
   Civil Process Clerk -
   United States Courthouse U.S.
   1 Courthouse Way
   Suite 9200
   Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Address

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)

   7004 0750 0000 5500 5404

PS Form 3811, February 2004   Domestic Return Receipt   Waldir Costa   102595-02-M-15

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage  $  3.85         UNIT ID: 0114
Certified Fee   2.30
Return Receipt Fee        Postmark
(Endorsement Required)    Here
Restricted Delivery Fee
(Endorsement Required)    CLERK KH7M1X
Total Postage & Fees  $   05/31/05

Sent To   Boston MA 02175   MAY 31 2005
Street, Apt. No.;   KENNE...
or PO Box No.   BOSTON MA 02...
City, State, ZIP+4   USPS

PS Form 3800, June 2002   See Reverse for Instructions

7004 0750 0000 5500 5404