```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
              BOSTON, MASSACHUSETTS
```

|  |  |
|---|---|
| WALDIR DACOSTA | ) Civil Action: 05-11063-RGS |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| MICHAEL CHERTOFF | ) |
| Secretary, U.S. Department | ) |
| of Homeland Security; | ) |
| EDUARDO AGUIRRE, JR. | ) |
| Director, U.S. Citizenship | ) |
| And Immigration Services, | ) |
| DENIS RIORDAN, Boston District | ) |
| Director, U.S. Citizenship | ) |
| and Immigration Services | ) |
| Defendants | ) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS OF RECORD**

Pursuant to Local Rule 56.1, the Plaintiff, Waldir DaCosta (the Plaintiff"), hereby provides the following statement of contested material facts of record.

1. Sometime after December 9, 2001, the date on which the Plaintiff's I-140 Employer Petition was approved, the United States Citizenship and Immigration Services ("USCIS") questioned whether the Plaintiff had the necessary work experience. Declaration of Denis Riordan ("Riordan Decl." at 1).

2. The Plaintiff filed his I-485 Application to obtain a green card in February 2002 based upon his I-140 Approval

3.  USCIS commenced its investigation into the matter on March 10, 2005.

4. The Plaintiff has waited well in excess of three years for an adjudication on his I-485 Application.

                              Respectfully submitted,

                              The Plaintiff
                              Waldir DaCosta
                              By his Attorneys

                              /s/Susan E. Zak
                              _____
                              Susan E. Zak
                              BBO 568044
                              LAW OFFICE OF JOHN K. DVORAK
                              P.O. Box 8788
                              Boston, MA 02114

## CERTIFICATE OF SERVICE

      I, Susan E. Zak , Attorney for the Plaintiffs hereby certify that on November 9,2005 I served a copy of the Plaintiff's Statement of Material Facts in Opposition to Defendant's Motion to Dismiss or in the Alternative, Summary Judgment, via first-class mail to:

Michael Sady, Esq.
U.S. Attorney General Office
United States Federal Court
1 Courthouse Way
Suite 9200
Boston, MA 02210

                                        /s/ Susan E. Zak 11/09/05
                                        _____
                                        Susan E. Zak, Esq.
                                        LAW OFFICE OF JOHN K. DVORAK,.
                                        P.O. Box 8788
                                        180 Canal Street, 4th Floor
                                        Boston, MA 02114