UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

|  |  |
|---|---|
| WALDIR DA COSTA ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF ) <br> Secretary, U.S. Department ) <br> of Homeland Security; ) <br> EDUARDO AGUIRRE, JR. ) <br> Director, U.S. Citizenship ) <br> And Immigration Services, ) <br> DENIS RIORDAN, Boston District) <br> Director, U.S. Citizenship ) <br> and Immigration Services' ) <br> ROBERT S. MUELLER III, ) <br> Director, Federal Bureau of ) <br> Investigations ) <br> Defendants ) <br> ) | Civ Act: 05-11063-RGS |

**PLAINTIFF'S ASSENTED TO MOTION TO STAY**

The Plaintiff Waldir Da Costa (the "Plaintiff") respectfully moves to stay the above-captioned matter for a period of sixty (60) days. In support thereof, the Plaintiff states as follows:

1. The above-captioned matter arises from the Plaintiff's Application to Adjust to Lawfully Permanent Resident (the "Application"), which has been pending before the United

States Citizenship & Immigration Services ("USCIS") since July 15, 2002.

2. USCIS recently indicated that it had completed a review of the Plaintiff's Application and had questions regarding the Plaintiff's prior work experience in Brazil.

3. The Plaintiff is currently gathering documents to submit to USCIS to substantiate his prior work experience.

4. The Plaintiff expects to submit said document to USCIS within thirty days and is hopeful that the Application can be adjudicated based on the documents provided.

5. The matter is currently scheduled for a hearing on the Defendant's Motion to Dismiss on Thursday, January 5, 2005. The hearing may no longer be necessary given that the Plaintiffs are attempting to resolve the matter.

6. The Defendants assent to the Plaintiff's Motion to Stay.

Case 1:05-cv-11063-RGS   Document 10   Filed 01/04/2006   Page 3 of 3

Based on the foregoing and in the interests of judicial economy, the Plaintiff respectfully request that the above-captioned matter be stayed for a period of sixty (60) days.

Respectfully submitted,

The Plaintiffs
Waldir A. Da Costa
By his Attorneys

*(signature)*

Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114

motionstay-dacosta.4101