```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
                   BOSTON, MASSACHUSETTS
```

|  |  |
|---|---|
| _____ ) | Civil Action:05 11063-RJS |
| **WALDIR DA COSTA**                ) |  |
|                                    ) |  |
|         v.                         ) |  |
|                                    ) |  |
| **MICHAEL CHERTOFF**               ) |  |
| Secretary,U.S. Department          ) |  |
| of Homeland Security;              ) |  |
| **EDUARDO AGUIRRE, JR.**           ) |  |
| Director, U.S. Citizenship         ) |  |
| And Immigration Services,          ) |  |
| **DENIS RIORDAN**, Boston District ) |  |
| Director, U.S. Citizenship         ) |  |
| and Immigration Services           ) |  |
| **ROBERT S. MUELLER III**,         ) |  |
| Director, Federal Bureau of        ) |  |
| Investigations                     ) |  |
|         Defendants                 ) |  |
| _____ ) |  |

### NOTICE OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), the Plaintiff hereby dismisses without prejudice the above-captioned matter.

                                Respectfully Submitted,


                                /s/Susan E. Zak
                                _____
                                Susan E. Zak
                                Law Offices of John K. Dvorak P.C.
                                P.O. Box 8788
                                Boston, MA 02114

1

**CERTIFICATE OF SERVICE**

 I, Susan E. Zak, Attorney for the Plaintiffs hereby certify that on July 20, 2006 I served a copy of the Plainttiffs' Notice of Dismissal

Michael Sady  
U.S. Attorney General Office  
United States Federal Court  
1 Courthouse Way  
Suite 9200  
Boston, MA 02210

            /s/Susan E. Zak  
            _____  
            Susan E. Zak, Esq.  
            LAW OFFICE OF JOHN K. DVORAK, P.C.  
            P.O. Box 8788  
            180 Canal Street, 4th Floor  
            Boston, MA 02114